**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIA GOMEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-17-CV-284-KC** |
| | § | |
| **O'REILLY AUTO ENTERPRISES,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendant**. | § | |

**ORDER**

On this day, the Court considered the Parties' Stipulation of Dismissal.  ECF No. 42.  On March 26, 2018, Defendant filed its Motion to Compel Arbitration.  ECF No. 25.  On June 18, 2018, the Court granted Defendant's Motion and administratively closed this case.  ECF No. 41.  The Parties now state that a "Settlement and Release Agreement has been knowingly and voluntarily executed," settling all claims.  ECF No. 42.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice**.**

**IT IS FURTHER ORDERED** that all pending motions are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 18th day of October, 2019.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE